875 F.Supp. 1437 (1995)
UNITED STATES of America, Plaintiff,
v.
Abelardo VILLAREAL, Defendant.
No. CR 93-286-JO, Civ. No. 94-1540-JO.
United States District Court, D. Oregon.
January 27, 1995.

ORDER
ROBERT E. JONES, District Judge:
The court has received defendant's motion to vacate the sentence with supporting memorandum.
The defendant's motion is denied. This court has recently ruled that a federal criminal conviction that precedes a judgment of forfeiture is not subject to challenge on double jeopardy grounds. See United States v. Martin Hobart Stanwood, 872 F.Supp. 791 (D.Or.1994) (copy attached). In this case, defendant entered a guilty plea to the criminal charges on April 13, 1994. His interest in the seized property was terminated by a judgment of forfeiture dated July 8, 1994. Under these circumstances, the criminal conviction does not constitute double jeopardy.
IT IS SO ORDERED.